**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LAMOUNT CROSSLEY,<br>Plaintiff,<br>v.<br>DIAZ GARCIA, et al.<br>Defendants. | Case No.: 1:26-cv-00624 JLT CDB (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DIISMISSING CERTAIN CLAIMS, AND DIRECTING THE CLERK OF COURT<br>(Doc. 18) |

Robert Lamont Crossley seeks to hold the defendants liable for violations of his civil rights while housed at Kern Valley State Prison. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's complaint and found he stated a cognizable claim for excessive force in violation of the Eighth Amendment against Diaz Garcia, Garcia, K. Garcia, Flores, and Lopez, in their individual capacities. (Doc. 14 at 4-6, 7-8.) The magistrate judge found Plaintiff did not state claims against the defendants in their official capacities and the facts alleged were insufficient to state claims for retaliation, failure to protect, due process, unreasonable searches, and false disciplinary reports. (*Id.* at 6-7, 9-13.) In response to the Screening Order, Plaintiff indicated that he was willing to proceed on the cognizable claims, "and the remaining claims … be dismissed." (Doc. 16 at 1.)

Following receipt of Plaintiff's response, the magistrate judge issued Findings and Recommendations that the action proceed on the cognizable claims, and all other claims be

dismissed. (Doc. 18.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 3.) The Court also advised Plaintiff that the "[f]ailure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) On September 26, 2026, Plaintiff again asserted that he wished to proceed on the cognizable claims. (Doc. 19.)

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 21, 2026 (Doc. 18) are **ADOPTED** in full.
2. This action **PROCEEDS** on Plaintiff's Eighth Amendment excessive force claim against defendants Diaz Garcia, Garcia, K. Garcia, Flores, and Lopez, in their individual capacities only.
3. All other claims raised in the complaint are **DISMISSED**.
4. The Clerk of the Court is **DIRECTED** to update the docket to terminate the defendants as named in their official capacities.

IT IS SO ORDERED.

Dated: October 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE